## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**ROSAURA LOPEZ GONZALEZ**

DEBTOR(S)

CASE NUM.: 09-09124 SEK

CHAPTER 13 (ASSET CASE)

### DEBTOR'S OBJECTION TO AMENDED CLAIM #2-1 FILED BY R & G MORTGAGE CORPORATION

**TO THE HONORABLE COURT:**

**COMES NOW** debtor represented through its undersigned counsel and respectfully, alleges and prays :

Pursuant to Rules 3001(d)& 3007 F.R.B.P., debtor herein submit an opposition to the claim #2-1 filed by R & G Mortgage Corporation based on the following grounds:

1. RG Mortgage Corporation filed claim #2-1 from which according to the Certification debtor has pre-petition arrears from 06/01/09 through 10/01/09 allegedly five (5)months, two (2) for $742.00 and three (3) for $75.00 for a total of $3,761.00, five (5) late charges of 35.91 for a total of $179.55 for a subtotal which allegedly "accrues interest" of $3,940.55. Also eleven (11) inspections at $15.00 each for a total of $120.00 and delay charges accured of $165.00. Attorneys fees of $1462.00 for a total of $5,827.78 dollars.

2. A review of the docket in the instant case shows that R&G Mortgage's intervention is limited to the filing of a proof of claim #1 (See claims registry 1-1)

3. The charge of $1,462.00 for attorney's fees is herein objected on the grounds of that preparation of a proof of claim is purely ministerial act for which no attorney's fees should be charged against a debtor. *In re Allen* 215 B.R. 91 (Bkrptcy. N.Y. Tex 1997)

4. Moreover, the filing of claim by R&G Mortgage Corp. in a case like this one, where its secured status has not been questioned is simply irrelevant as pertains the administration of the estate.

5. As for the charge of eleven (11) inspections at $15.00 each for a total of $165.00 is also objected due to the fact that there is no evidence of such inspections.

**TAKE NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is

ROSAURA LOPEZ GONZALEZ
CASE NO. 09-09124 SEK
PAGE NO. 3
DEBTOR'S OBJECTION TO AMENDED CLAIM #2-1 FILED BY
R & G MORTGAGE CORPORATION

forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**WHEREFORE** debtor respectfully requests of this Honorable Court to grant the present OBJECTION, therefore Claim #2-1 filed by R & G Mortgage Corporation to be deemed amended to pay five (5) pre petition a arrears for a total of $3,940.55 pursuant claim number 2-1 and disallow the request for attorney fees and the request for inspections.

In San Juan, Puerto Rico, this 3rd, day of December, 2009.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose R. Carrion , **Esq.**, US Trustee **Monsita Lecaroz Arribas, Jorge A. Rodríguez Fraticelli** and to R & G Mortgage Corporation to their address of record and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

                                              **RESPECTFULLY SUBMITTED.**

                                              **/s/ Marilyn Valdes Ortega**
                                              **MARILYN VALDES ORTEGA**
                                              USDC PR 214711
                                              P.O. Box 19559
                                              San Juan, PR 00919-5596
                                              Tel. (787) 758-4400
                                              Fax. (787) 763-0144
                                              E-mail.valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 09-09124-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Tue Dec  1 15:31:45 AST 2009 | RG MORTGAGE CORPORATION<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| CAPITAL 1 BANK<br>ATTN C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091-5155 | CAPITAL ONE<br>PO BOX 70884<br>CHARLOTTE, NC  28272-0884 | CENTENNIAL<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044-2308 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR  00902-0192 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | LIBERTY CABLEVISION<br>PO BOX 70311<br>SAN JUAN, PR  00936-8311 | PR ACQUISITIONS LLC<br>270 MUNOZ RIVERA AVENUE SUITE 400<br>SAN JUAN PR 00918-1910 |
| PR TELEPHONE CO<br>PO BOX 360998<br>SAN JUAN, PR  00936-0998 | RG MORTGAGE<br>PO BOX 362394<br>SAN JUAN, PR  00936-2394 | SAM'S CLUB<br>PO BOX 960013<br>ORLANDO, FL  32896-0013 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |
| ROSAURA LOPEZ GONZALEZ<br>URB. VILLAS DEL ESTE<br>1041 CALLE AMATISTA<br>CANOVANAS, PR 00729-2929 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR 00918-1693

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) LOPEZ GONZALEZ, ROSAURA

(d) RG MORTGAGE CORPORATION
c/o WALLACE VAZQUEZ SANABRIA
17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00917-2202

End of Label Matrix
Mailable recipients   18
Bypassed recipients    2
Total                 20